UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JUSTIN GOLDMAN,

                          Plaintiff,

            -v-

GATEHOUSE MEDIA, LLC et al.,

                        Defendants.
------------------------------------------------------------------------X

19-CV-2954 (JMF)
19-CV-10691 (JMF)
19-CV-10693 (JMF)
19-CV-10699 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      For the reasons stated on the record during the conference held on November 6, 2019, the above-captioned cases are hereby CONSOLIDATED for all purposes pursuant to Rule 42 of the Federal Rules of Civil Procedure. The Clerk of Court is directed to consolidate these cases under the lead case, Docket No. 19-CV-2954, and to close the remaining cases for administrative purposes. **All future filings shall be on the 19-CV-2954 docket only.** As discussed on the record, Defendants may file a single, consolidated answer to all of Plaintiff's complains. All deadlines otherwise in force in 19-CV-2954 shall likewise apply to the cases to be consolidated.

      SO ORDERED.

Dated: November 19, 2019
       New York, New York

                                            JESSE M. FURMAN
                                        United States District Judge